IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| J. SCOTT KIRK, JR., Individually and as Trustee of the Julian Scott Kirk, Sr. Irrevocable Trust; CANNON KIRK, Individually and as Trustee of the J.S. Kirk Irrevocable Trust; and Julian S. Kirk, Sr., <br><br>**Plaintiffs,** <br><br>v. <br><br>THE PENN MUTUAL LIFE INSURANCE COMPANY; JAMES WEST; LANDMARK BROKERAGE, LLC; JOHN HANCOCK LIFE INSURANCE COMPANY; JERRY L. DENLEY, JR.; HORNOR, TOWNSEND, & KENT, INC.; A. I. CREDIT CORPORATION (an AIG Company); CREDIT SUISSE; CAPITAL MANAGEMENT STRATEGIES, INC.; <br><br>**Defendants.** | CIVIL ACTION NO.: <br> 3:10-cv-00049-MPM-DAS |

# ORDER

Pursuant to Local Rule 16(b)(1)(b), it is hereby **ORDERED**, that all proceedings and disclosure requirements in this cause are **STAYED** while Plaintiffs' Motion to Remand dated June 24, 2010, remains pending before this Court. Plaintiffs' counsel shall promptly notify the Magistrate Judge of any order denying such motion to remand and shall promptly submit an order lifting the stay.

**SO ORDERED AND ADJUDGED**, this 2nd day of September, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE